■ In the Matter of MARIA M. PEÑA, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [936 NYS2d 891]

Respondent's determination that petitioner failed to apply to open her default within a reasonable time, give a reasonable excuse for missing her hearing, and set forth a meritorious defense to the charges against her, has a rational basis (*see Matter of Daniels v Popolizio*, 171 AD2d 596, 597 [1991]). Contrary to petitioner's contention, in order to vacate her default, she was required to demonstrate a meritorious defense and a reasonable excuse, which she failed to do (*see id.*; *Matter of Barnhill v New York City Hous. Auth.*, 280 AD2d 339 [2001]).

The court had no basis for treating petitioner's motion to vacate the court's 2010 orders pursuant to CPLR 5015 as having been made under CPLR 317; the latter statute applies to judicial proceedings, not proceedings before an agency.

Petitioner's remaining contentions are either unpreserved or without merit. Concur—Tom, J.P., Sweeny, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ. **[Prior Case History: 29 Misc 3d 1222(A), 2010 NY Slip Op 51944(U).]**